**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| COMMUNITY WEST CREDIT UNION | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:09-cv-1201 |
| HEARTLAND PAYMENT SYSTEMS, INC. | § § § § | |
| Defendant. | § | JURY TRIAL DEMANDED |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**

Plaintiff Community West Credit Union, pursuant to the Court's order to disclose all interested persons, files this Certificate listing all persons, associates of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent corporations, or other legal entities that may be financially interested in the outcome of this litigation. Names of corporations which are publicly traded are underlined.

1. Community West Credit Union
   Plaintiff

2. <u>Heartland Payment Systems, Inc</u>.
   Defendant

3. Heartland Payroll Company (subsidiary of <u>Heartland Payment Systems, Inc.)</u>

4. Debitek, Inc, (subsidiary of <u>Heartland Payment Systems, Inc</u>.)

5. Collective POS Solutions, Ltd. (subsidiary of <u>Heartland Payment Systems, Inc.</u>

6. Heartland Acquisition, LLC (subsidiary of <u>Heartland Payment Systems, Inc.)</u>

    7.    Caddell & Chapman
           Counsel for Plaintiff

    8.    Weller, Green, Toups & Terrell, L.L.P.
           Co-counsel for Plaintiff

Respectfully submitted,

By: /s/ Michael A. Caddell
Michael A. Caddell
SBT No. 03576700
CADDELL & CHAPMAN, P.C.
1331 Lamar, Suite 1070
Houston TX 77010-3027
Telephone: (713) 751-0400
Facsimile: (713) 751-0906
csf@caddellchapman.com

*ATTORNEY-IN-CHARGE FOR PLAINTIFF*

OF COUNSEL:

Cynthia B. Chapman
SBT No. 00796339
Cory S. Fein
SBT No. 06879450
CADDELL & CHAPMAN, P.C.
1331 Lamar, Suite 1070
Houston TX 77010-3027
Telephone: (713) 751-0400
Facsimile: (713) 751-0906
csf@caddellchapman.com

Mitchell A. Toups
SBT No. 20151600
WELLER, GREEN, TOUPS & TERRELL, L.L.P.
Post Office Box 350
Beaumont TX 77704-0350
Telephone: (409) 838-0101
Facsimile: (409) 832-8577

## **CERTIFICATE OF SERVICE**

      I certify that on May 6, 2009, I sent a true and correct copy of the foregoing Plaintiff's Certificate of Interested Parties to the following registered agent for service for defendant Heartland Payment Systems, Inc., as no counsel for defendant has yet appeared:

Lawyers Incorporating Services Company
701 Brazos St.
Suite 1050
Austin, TX 78701

via First Class Mail, postage prepaid.

      /s/ Cory S. Fein
      Cory S. Fein