IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE HEARTLAND PAYMENT SYSTEMS, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | § § § § § § | CIVIL ACTION NO. H-09-MD-02046 |

## ORDER

Defendant Heartland Payment Systems, Inc. has moved to consolidate this case with *First Bankers Trust Company, National Bank Association v. Heartland Payment Systems, Inc.*, Civ. A. No. H-09-825, *Community West Credit Union v. Heartland Payment Systems, Inc.*, Civ. A. No. H-09-1201, *The Eden State Bank v. Heartland Payment Systems, Inc.*, Civ. A. No. H-09-1203, *Heritage Trust Federal Credit Union v. Heartland Payment Systems, Inc.*, Civ. A. No. H-09-1284, and *Pennsylvania State Employees Credit Union v. Heartland Payment Systems, Inc.*, Civ. A. No. H-09-1330, which are all currently pending in this district. (Docket Entry No. 10). The plaintiffs do not oppose consolidation. Based on a review of the record, the applicable law, and the submission of counsel, this court grants the motion to consolidate.

SIGNED on July 7, 2009, at Houston, Texas.

Lee H. Rosenthal
United States District Judge